■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABERA B. ZELKE, Appellant. [612 NYS2d 1011] —Judgment unanimously affirmed. Memorandum: Defendant entered an *Alford* plea *(see, North Carolina v Alford,* 400 US 25) to a lesser offense than those crimes charged in the indictment. There is no merit to defendant's contention that the factual basis for that plea was insufficient *(see, People v Alfieri,* 201 AD2d 935; *People v Myers,* 151 AD2d 1002, *lv denied* 74 NY2d 815). Likewise without merit is the contention that defendant's sentence is harsh or excessive. It was agreed that the sentence for the class C felony to which defendant pleaded would include a term of imprisonment not to exceed 2⅓ to 7 years and that such term would run concurrently with whatever sentence was imposed on a pending misdemeanor conviction. Defendant was sentenced to an indeterminate term of 2⅓ to 7 years in accordance with the plea bargain. Having obtained the benefit of that bargain, defendant should be bound by its terms *(see, People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918). (Appeal from Judgment of Orleans County Court, Punch, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.